IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNETH HOUCK,

    Plaintiff,

vs.

USA, FEDERAL BUREAU OF PRISONS, MAUREEN BAIRD, J.M. POWERS, MR. SLOOP, MR. MASH, MS. G. CREWS, MR. LEPE, MR. MAY, WARDEN TRUE, OFFICER WOOLRIDGE JOHN DOE 1 Lieutenant, and JOHN DOE 3,

    Defendants.

Case No. 16-cv-1268-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:
- On Count 1, a claim against Officer Woolridge for failure to protect in violation of the Eighth Amendment, judgment is entered in favor of defendant Officer Woolridge and against plaintiff Kenneth Houck, and this claim is dismissed without prejudice;
- On Count 2, a claim against the United States of America under the Federal Tort Claims Act for negligent spoliation of evidence, judgment is entered in favor of the defendant United States of America and against plaintiff Kenneth Houck, and this claim is dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that all claims against the defendant Bureau of Prisons are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that all claims against defendants Warden True, Maureen Baird, J.M. Powers, Mr. Sloop, Mr. Mash, Ms. G. Crews, Mr. Lepe, Mr. May, Lt. John Doe 1, and John Doe 3 are dismissed without prejudice.

**DATED:** September 25, 2018

                                    **THOMAS L. GALBRAITH, Acting Clerk of Court**
                                    **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**